

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

January 8, 2021

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801



Re: *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals
of New York, LLC, et al.*, C.A. No. 18-2032-CFC (Consolidated)

Dear Judge Connolly:

Pursuant to Your Honor's direction to the parties in the above-referenced
action, Amneal states as follows:

At the time Dr. Winter's deposition was taken, Amneal had no reason to
believe that the deposition would violate any applicable law. Based on Amneal's
investigation after the issue was first raised at Dr. Winter's deposition, however, it
appears that the deposition may have been taken in a manner inconsistent with
German law and/or a United States treaty.

Amneal defers to the Court as to whether Par should be prohibited from
using the deposition at trial for any purpose. If Your Honor determines that Par
should be prohibited from using or otherwise relying on the deposition, then
Amneal respectfully requests that Par be prohibited from arguing lack of notice at
trial in regards to the full scope and extent of Dr. Winter's opinions as conveyed at
his deposition.

Further, pursuant to Your Honor's direction, the Amneal defendants hereby
provide a timeline of the correspondence leading up to the deposition of Dr.
Winter. Copies of the correspondence (Exhibits 1-8) are enclosed herewith and
copies of the transcripts of Dr. Winter's December 8 and 9, 2020 deposition were

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
January 8, 2021
Page 2

previously provided to the Court (D.I. 255, Exs. 1-2).  Certain events in the following timeline of relevant events have been highlighted in the exhibits for ease of reference:

- **February 12, 2020:**  Amneal retained Dr. Winter as an expert witness.

- **June 22-24, 2020:**  Amneal and Par agreed to certain procedures for the provision of and access to deposition exhibits in connection with remote depositions of fact witnesses.  (Ex. 1)

- **June 30, 2020:**  Amneal disclosed Dr. Winter as an expert to Par under the Protective Order.

- **October 6-7, 2020:**   Amneal and Par exchanged proposed dates for Dr. Winter's deposition.  (Ex. 2)

- **November 9-16, 2020:**  Amneal and Par agreed that the procedures for the provision of and access to deposition exhibits in connection with remote depositions of fact witnesses would apply to expert depositions.  (Exs. 1 and 3)

- **November 13-24, 2020:**  Amneal and Par exchanged additional proposed dates for Dr. Winter's deposition and agreed the deposition would proceed on December 8 and 9.  (Ex. 4)

- **November 30, 2020:**  Amneal provided Par with Dr. Winter's mailing address to be used for his deposition.  (Ex. 4)

- **December 2-3, 2020:**  Amneal provided Par with the email addresses to be used for the depositions of Dr. Winter and another Amneal witness and mailing addresses for Amneal's counsel.  (Ex. 5)

- **December 6-7, 2020:**  Amneal and Par exchanged emails regarding the delivery of hard copy exhibits to Dr. Winter in advance of his deposition and login information for the remote deposition platform.  (Exs. 6-8)

- **December 8-9, 2020:**  Amneal and Par exchanged emails regarding technical issues with the remote deposition platform prior to the start of the deposition (Exs. 7-8); Par conducted the remote deposition of Dr. Winter

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
January 8, 2021
Page 3

(D.I. 255, Exs. 1-2); and Par's counsel asked Dr. Winter questions regarding the German law issue (*id.* at 238:24-239:12).

At no time did Amneal seek to violate or to have Par or Dr. Winter violate German law and/or a United States treaty.

As explained by Amneal's counsel during the January 7 call with the Court, arrangements are being made so that Dr. Winter can testify from a location that does not implicate the German law issue and otherwise comports with the laws of the jurisdiction from which he will testify and U.S. law.  More specifically, Dr. Winter will travel to Belgium and testify from a location within Belgium.  Amneal has confirmed with its German counsel and with the State Department that there are no laws prohibiting the remote testimony of an individual located in Belgium for use in a U.S. court proceeding.

The State Department's guidance for testimony given in Belgium is also instructive.  Like the guidance for Germany submitted previously, it primarily addresses the giving of testimony by deposition.  Unlike the guidance for Germany, however, it makes clear that testimony by a witness in Belgium presents no legal issues, as long as the witness appears willingly:

> In civil cases, attorneys from abroad are allowed to depose anyone in Belgium provided that they are willing witnesses and provided that this procedure does not create procedural issues for the requesting party or implicates the legal rights of the requested party. In criminal cases, it is a fairly common practice to take voluntary depositions of witnesses (or often also victims) at a lawyer's office.

> Such requests for an 'informal deposition' are acceptable as long as the witness (1) is willing to testify; (2) is not (also) as suspect or accused involved in a related Belgian criminal case or wanted by a third country or prosecuted in a third country; and therefore (3) as long as the deposition has no influence on an ongoing Belgian criminal case.

> Oral depositions or depositions on written questions may be taken by U.S. consular officers or by private attorneys from the United States or Belgium at the U.S. Embassy, or

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
January 8, 2021
Page 4

> at another location such as a hotel or office, either on notice or pursuant to a commission. If the services of a U.S. consular officer are required to administer an oath to the witness, interpreter and stenographer, such arrangements must be made in advance with the U.S. embassy directly.

U.S. Department of State – Bureau of Consular Affairs, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Belgium.html (last visited January 8, 2021).

Accordingly, as a retained expert witness voluntarily traveling to and providing testimony from Belgium, Amneal is aware of no Belgian or U.S. law impediments to Dr. Winter's testifying under oath at trial.

Should Your Honor have any questions or concerns regarding the foregoing or the enclosures, counsel are available at the Court's convenience.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Enclosures: Exhibits 1-8
cc:  All Counsel of Record (via electronic mail & CM/ECF)

27569914

# EXHIBIT 1

| | |
|---|---|
| **From:** | Zhu, Shaobo <SZhu@goodwinlaw.com> |
| **Sent:** | Wednesday, June 24, 2020 1:09 PM |
| **To:** | Greene, Blake; Bennett, John T; Jonathan.Bachand; Mahmood, Tiffany; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin; DG-Fresenius-Vasopressin; DG-Vasopressin-FK-Amneal; Wiesen, Daryl L; Wu, Huiya; Genovese Bova, Jacqueline; Cipriano, Linnea P; william.adams@knobbe.com; karen.cassidy@knobbe.com |
| **Cc:** | EXT Michael Farnan; ALL NA Endo Vasopressin; EXT Brian Farnan; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L |
| **Subject:** | RE: Kenney Deposition |

<div style="background-color:#faedb9">

**[EXTERNAL EMAIL]**

</div>

Blake,

Defendants agree with the protocol you have outlined.  Please confirm that Plaintiffs agree to a start time of 9 AM this Friday for Mr. Kenney's deposition, and provide us with a list of the attendees for Plaintiffs along with their email addresses by close of business today, so we may provide them to Veritext in order to set up the remote facilities.

Regards,
Shaobo

**Shaobo Zhu**



SZhu@goodwinlaw.com | goodwinlaw.com

---

**From:** Greene, Blake
**Sent:** Tuesday, June 23, 2020 9:53 AM
**To:** Bennett, John T ; Jonathan.Bachand ; Mahmood, Tiffany ; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin ; DG-Fresenius-Vasopressin ; DG-Vasopressin-FK-Amneal ; Wiesen, Daryl L ; Wu, Huiya ; Genovese Bova, Jacqueline ; Cipriano, Linnea P ; Zhu, Shaobo ; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan ; ALL NA Endo Vasopressin ; EXT Brian Farnan ; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L
**Subject:** RE: Kenney Deposition

John,

We are generally agreeable to your provisions below, with the exception of the provision to destroy the contents of the binder promptly after the deposition.  Such a requirement is impractical as not all witnesses and attorneys have high capacity shredders or access to shred bins.  Additionally, the requirement is overreaching as per

normal deposition protocol, marked exhibits need not be destroyed.  We also think it's important to make clear
that examining counsel will make a good faith effort to include all potential exhibits in the binder.  Thus, we
propose the following protocol:

For purposes of depositions held virtually, examining counsel will provide the witness and defending counsel
with a hard copy binder of potential exhibits the day before the deposition with the understanding that the
package will not be opened until the deposition begins, counsel will not discuss the contents of the binder
during breaks, and any unmarked exhibits in the binder will be destroyed as soon as reasonably practicable after
the deposition.  Although examining counsel must a make good faith effort to include all potential exhibits in
the binder, examining counsel is not limited to marking the exhibits in the binder and may mark additional
documents with the witness using remote facilities provided by the court reporter.

Please confirm that Defendants agree with these provisions.



Regards,
Blake

---

**From:** Bennett, John T [mailto:JBennett@goodwinlaw.com]
**Sent:** Monday, June 22, 2020 5:55 PM
**To:** Greene, Blake ; Jonathan.Bachand ; Mahmood, Tiffany ; bill.zimmerman@knobbe.com; DG-Amneal-
Vasopressin ; DG-Fresenius-Vasopressin ; DG-Vasopressin-FK-Amneal ; Wiesen, Daryl L ; Wu, Huiya ;
Genovese Bova, Jacqueline ; Cipriano, Linnea P ; Zhu, Shaobo ; william.adams@knobbe.com;
karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan ; ALL NA Endo Vasopressin ; EXT Brian Farnan ; caras@rlf.com; Farnan@rlf.com;
Lit AMPHAL.001L
**Subject:** RE: Kenney Deposition

[EXTERNAL EMAIL]

Blake:

Pursuant to our discussions, Defendants confirm they are willing provide the witness and defending counsel
with a hard copy binder of potential exhibits the day before the deposition with the understanding that the
package will not be opened until the deposition begins, counsel will not discuss the contents of the binder
during breaks and the contents of the binder will be destroyed promptly after the deposition.  Further, the parties
agree that Defendants will not be limited to marking the exhibits in the binder and may mark additional
documents with the witness using remote facilities provided by the court reporter.  Please confirm Plaintiffs

agree with these provisions and will follow this same protocol for any remote depositions of Defendants' witnesses.

Assuming Plaintiffs agree, please provide us with the name and addresses that the binders should be shipped to by tomorrow.

Best regards,

**John T. Bennett**



JBennett@goodwinlaw.com | goodwinlaw.com

---

**From:** Greene, Blake
**Sent:** Monday, June 22, 2020 2:29 PM
**To:** Bennett, John T ; Jonathan.Bachand ; Mahmood, Tiffany ; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin ; DG-Fresenius-Vasopressin ; DG-Vasopressin-FK-Amneal ; Wiesen, Daryl L ; Wu, Huiya ; Genovese Bova, Jacqueline ; Cipriano, Linnea P ; Zhu, Shaobo ; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan ; ALL NA Endo Vasopressin ; EXT Brian Farnan ; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L
**Subject:** RE: Kenney Deposition

John,

Following up on last week's meet and confer, please let us know whether Defendants agree to send hard copies of exhibits to the witness and defending attorney for remote depositions.

Regards,
Blake

---

**From:** Bennett, John T [mailto:JBennett@goodwinlaw.com]
**Sent:** Wednesday, June 17, 2020 5:52 PM
**To:** Greene, Blake <Blake.Greene@dechert.com>; Jonathan.Bachand <Jonathan.Bachand@knobbe.com>; Mahmood, Tiffany <TMahmood@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin

3

<NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com;
Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

[EXTERNAL EMAIL]

Blake:  2:30 pm ET tomorrow works for Defendants. █████████████████████

████████████████

███████████

**John T. Bennett**





JBennett@goodwinlaw.com | goodwinlaw.com

---

**From:** Greene, Blake <Blake.Greene@dechert.com>
**Sent:** Wednesday, June 17, 2020 2:33 PM
**To:** Bennett, John T <JBennett@goodwinlaw.com>; Jonathan.Bachand <Jonathan.Bachand@knobbe.com>;
Mahmood, Tiffany <TMahmood@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin
<DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-
Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-
Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya
<HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P
<LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com;
karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin
<NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com;
Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

John,

In general, Par is amenable to narrow the scope of fact discovery.  We are available for a meet and confer to
discuss Defendants' proposal tomorrow between 2 and 3:30pm and are generally available on Friday.  Please let
us know which time works for Defendants.

Regards,
Blake

**From:** Bennett, John T [mailto:JBennett@goodwinlaw.com]
**Sent:** Wednesday, June 17, 2020 8:05 AM
**To:** Greene, Blake <Blake.Greene@dechert.com>; Jonathan.Bachand <Jonathan.Bachand@knobbe.com>; Mahmood, Tiffany <TMahmood@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

[EXTERNAL EMAIL]

Blake:

Defendants are willing to consider forgoing some of these depositions as part of a larger agreement to narrow the scope of fact discovery.  We are still consulting with our clients regarding a specific proposal, but the general concept would be that both Plaintiffs and Defendants would narrow their deposition discovery: Defendants likely limiting depositions to the two inventors and a narrowed 30(b)(6), Plaintiffs likely limiting depositions to narrowed 30(b)(6)'s of Defendants or foregoing 30(b)(6) depositions in exchange for a stipulation of authenticity of Defendants' documents.  Defendants would still reserve their rights to take additional depositions of previously noticed third parties such as ARI and Wilson Sonsini.  In addition, Plaintiffs would reduce the asserted claims to a manageable number that would actually be asserted at trial (no more than 10) and Defendants would stipulate on subject matter that likely will not be disputed at trial and agree to the authenticity of documents that likely would narrow the scope of infringement disputes in the case.  Before we prepare a specific proposal, could you please let us know promptly if Plaintiffs have interest in such a deal conceptually?   We do not want to spend time preparing something if the concept is a non-starter for Par.  We are available to confer this week to advance the discussion if it would be helpful.

On a related note, Fresenius would like to update its inequitable conduct pleading to include the allegations that Eagle has plead in Case No. 18-823 prior to the deadline for pleading amendments.  Could you please let us know by tomorrow if Par will agree to this amendment of Fresenius's answer and counterclaims?  Again, we are available to confer if necessary.

Best regards,

**John T. Bennett**



JBennett@goodwinlaw.com | goodwinlaw.com

**From:** Greene, Blake <Blake.Greene@dechert.com>
**Sent:** Tuesday, June 16, 2020 11:15 AM
**To:** Jonathan.Bachand <Jonathan.Bachand@knobbe.com>; Mahmood, Tiffany <TMahmood@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

Counsel,

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████.

Regards,
Blake

---

**From:** Greene, Blake
**Sent:** Thursday, June 11, 2020 3:37 PM
**To:** Jonathan.Bachand <Jonathan.Bachand@knobbe.com>; Mahmood, Tiffany <TMahmood@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; Bill.Zimmerman <Bill.Zimmerman@knobbe.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; William.Adams <William.Adams@knobbe.com>; Karen.Cassidy <Karen.Cassidy@knobbe.com>
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

Jonathan,

Par represented Sunil Vandse for purposes of his deposition in the Eagle case.  We anticipate that he will authorize us to represent him for purposes of his deposition in this case, if any, and accept a subpoena on his behalf, however, we have not yet been able to reach him.  We will let you know once we hear from him.

Regards,
Blake

**From:** Jonathan.Bachand [mailto:Jonathan.Bachand@knobbe.com]
**Sent:** Wednesday, June 10, 2020 1:24 PM
**To:** Greene, Blake <Blake.Greene@dechert.com>; Mahmood, Tiffany <TMahmood@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; Bill.Zimmerman <Bill.Zimmerman@knobbe.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; William.Adams <William.Adams@knobbe.com>; Karen.Cassidy <Karen.Cassidy@knobbe.com>
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com; Lit AMPHAL.001L <LitAMPHAL.001L@knobbe.com>
**Subject:** RE: Kenney Deposition

Blake,

Regarding Sunil Vandse, Plaintiffs' initial disclosures indicate he should be contacted via counsel.  If you are not authorized to accept service of a subpoena for him, please let us know if Plaintiffs are aware of his current address and provide it as soon as possible.

We will get back to you regarding your proposal below.

Regards,

Jon

**Jonathan Bachand**
Partner
Jonathan.Bachand@knobbe.com

www.knobbe.com/jonathan-bachand

---

**From:** Greene, Blake <Blake.Greene@dechert.com>
**Sent:** Wednesday, June 10, 2020 11:17 AM
**To:** Mahmood, Tiffany <TMahmood@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; Bill.Zimmerman <Bill.Zimmerman@knobbe.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand <Jonathan.Bachand@knobbe.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; William.Adams <William.Adams@knobbe.com>; Karen.Cassidy <Karen.Cassidy@knobbe.com>
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com;

Farnan@rlf.com
**Subject:** RE: Kenney Deposition

Counsel,

[redacted]

Regards,
Blake

---

**From:** Greene, Blake
**Sent:** Monday, June 08, 2020 3:14 PM
**To:** Mahmood, Tiffany <TMahmood@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand@knobbe.com; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com
**Subject:** RE: Kenney Deposition

Counsel,

[redacted]

[redacted]

Regards,
Blake

---

**From:** Mahmood, Tiffany [mailto:TMahmood@goodwinlaw.com]
**Sent:** Monday, June 08, 2020 2:56 PM
**To:** Greene, Blake <Blake.Greene@dechert.com>; Bennett, John T <JBennett@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand@knobbe.com; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com
**Subject:** RE: Kenney Deposition

[EXTERNAL EMAIL]

Dear Blake,

Consolidated defendants are free for a meet and confer tomorrow at 2.30 pm EST.

Please circulate a dial-in.

Thanks,

Tiffany


**From:** Greene, Blake <Blake.Greene@dechert.com>
**Sent:** Thursday, June 4, 2020 2:26 PM
**To:** Bennett, John T <JBennett@goodwinlaw.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand@knobbe.com; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com
**Subject:** RE: Kenney Deposition

Counsel,

Matt Kenney is available for deposition on June 26. We confirm that the deposition can proceed via remote video. We are available to meet and confer regarding ground rules for such depositions on Tuesday at 10am or after 230pm Eastern. Please confirm which time works for you and provide a dial-in for the call.

With regard to your request regarding a privilege log, the parties are to meet and confer regarding the scope and content of any logs exchanged. We can therefore address this issue during the meet and confer.

Regards,
Blake

**From:** Bennett, John T [mailto:JBennett@goodwinlaw.com]
**Sent:** Wednesday, June 03, 2020 2:48 PM
**To:** Greene, Blake <Blake.Greene@dechert.com>; bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand@knobbe.com; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com;

Farnan@rlf.com
**Subject:** RE: Kenney Deposition

[EXTERNAL EMAIL]

Blake:

Thanks for this message.  We note that Mr. Kenney's deposition has already been postponed once as a result of the pandemic and we are approaching the deadline for fact discovery next month.  Please let us know promptly on what June date(s) you propose we proceed with the deposition.  Given the ongoing restrictions on travel and meetings, we assume this deposition will proceed by remote video.  Please confirm and let us know when Plaintiffs are available next week to confer regarding ground rules for such depositions.

Please also confirm that Plaintiffs will produce their privilege log at least five business days prior to Mr. Kenney's deposition.

Best regards,

**John T. Bennett**



JBennett@goodwinlaw.com | goodwinlaw.com

---

**From:** Greene, Blake <Blake.Greene@dechert.com>
**Sent:** Tuesday, June 2, 2020 9:27 AM
**To:** bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>; DG-Fresenius-Vasopressin <DG-Fresenius-Vasopressin@goodwinlaw.com>; DG-Vasopressin-FK-Amneal <DG-Vasopressin-FK-Amneal@goodwinlaw.com>; Wiesen, Daryl L <DWiesen@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; Bennett, John T <JBennett@goodwinlaw.com>; Genovese Bova, Jacqueline <Jbova@goodwinlaw.com>; Jonathan.Bachand@knobbe.com; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Zhu, Shaobo <SZhu@goodwinlaw.com>; william.adams@knobbe.com; karen.cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; Farnan@rlf.com
**Subject:** RE: Kenney Deposition

Counsel,

We need to reschedule Mr. Kenney's deposition.  We are confirming availability for late June and will get back to you with a new date.

Regards,
Blake

---

**From:** Gagliardi, Sharon
**Sent:** Friday, May 29, 2020 10:32 AM
**To:** bill.zimmerman@knobbe.com; DG-Amneal-Vasopressin@goodwinlaw.com; DG-Fresenius-Vasopressin@goodwinlaw.com; DG-vasopressin-FK-Amneal@goodwinlaw.com; dwiesen@goodwinlaw.com; hwu@goodwinlaw.com; jbennett@goodwinlaw.com; jbova@goodwinlaw.com; Jonathan.Bachand@knobbe.com; lcipriano@goodwinlaw.com; szhu@goodwinlaw.com; William.Adams@knobbe.com; Karen.Cassidy@knobbe.com
**Cc:** EXT Michael Farnan <mfarnan@farnanlaw.com>; ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; caras@rlf.com; 'Farnan, Kelly E.' (Farnan@RLF.com) <Farnan@RLF.com>
**Subject:** Kenney Deposition

Counsel,

Par designates Matthew Kenney as its 30(b)(6) witness on the following topics from the Defendants' Notice: 1b, 1c, 8, 42-44, 47, and 51-52. Given the concerns with COVID-19, we are trying to determine whether it is still practicable to move forward with this deposition on June 11, 2020. We will reach out soon should we determine that the deposition needs to be rescheduled.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**



sharon.gagliardi@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Roberts, Daniel  <Daniel.Roberts@dechert.com> |
| **Sent:** | Tuesday, November 10, 2020 11:45 AM |
| **To:** | Mahmood, Tiffany; DG-Amneal-Vasopressin |
| **Cc:** | ALL NA Endo Vasopressin |
| **Subject:** | RE: Par v. Amphastar et al., C.A. No. 18-cv-2032-CFC (Consolidated) |

Tiffany,

We would like to start Dr. Marais's deposition at 10 am Central on November 18. Please confirm that this will work for Dr. Marais and counsel.

Thanks,

Dan

**Daniel Roberts**
**Associate**
**Dechert LLP**
██████████████

daniel.roberts@dechert.com
dechert.com

---

**From:** Gagliardi, Sharon
**Sent:** Wednesday, October 7, 2020 2:07 PM
**To:** Mahmood, Tiffany ; DG-Amneal-Vasopressin
**Cc:** ALL NA Endo Vasopressin
**Subject:** RE: Par v. Amphastar et al., C.A. No. 18-cv-2032-CFC (Consolidated)

Tiffany,

We can confirm the dates for Marias and Waxman.  The date proposed for Winter does not work.  Is Winter available for deposition on 11/23 or 11/24?

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**
██████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Mahmood, Tiffany [mailto:TMahmood@goodwinlaw.com]
**Sent:** Tuesday, October 6, 2020 7:29 PM
**To:** Gagliardi, Sharon ; DG-Amneal-Vasopressin
**Cc:** ALL NA Endo Vasopressin
**Subject:** RE: Par v. Amphastar et al., C.A. No. 18-cv-2032-CFC (Consolidated)

1

[EXTERNAL EMAIL]

Thanks Sharon.

Those dates are acceptable to Amneal.

Please see below our proposed dates for deposition of our experts:

Winter – November 16
Marais – November 18
Waxman – November 20

Please confirm whether those dates work for Par.

Thanks,

Tiffany


**From:** Gagliardi, Sharon
**Sent:** Monday, October 5, 2020 4:59 PM
**To:** DG-Amneal-Vasopressin
**Cc:** ALL NA Endo Vasopressin
**Subject:** Re: Par v. Amphastar et al., C.A. No. 18-cv-2032-CFC (Consolidated)

Counsel,

Please confirm as soon as possible whether the following proposed deposition dates work for Amneal:

Stellon - November 12
Kirsch - November 19
Coralic - November 24

Additionally, please propose deposition dates for Amneal's experts.

Regards,
Sharon

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.


*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 3

| | |
|---|---|
| **From:** | Zhu, Shaobo <SZhu@goodwinlaw.com> |
| **Sent:** | Monday, November 16, 2020 1:09 PM |
| **To:** | Gagliardi, Sharon; DG-Amneal-Vasopressin |
| **Cc:** | ALL NA Endo Vasopressin |
| **Subject:** | RE: Expert deposition logistics |

Sharon,

Amneal confirms that the procedures in place for remote fact depositions will also apply to the expert depositions.  We further confirm that no attorneys or in-house counsel, other than those attending via Zoom, will be present with the expert during testimony and that they will not communicate with the expert during testimony.  We confirm that we will continue to use Veritext and Exhibit Share for the expert depositions.

Regards,
Shaobo

---

**From:** Gagliardi, Sharon
**Sent:** Monday, November 16, 2020 12:37 PM
**To:** DG-Amneal-Vasopressin
**Cc:** ALL NA Endo Vasopressin
**Subject:** RE: Expert deposition logistics

Counsel,

We have not received confirmation on the following:  Please confirm that the procedures in place for remote fact depositions (as outlined in the attached email) will also apply to the expert depositions.  Please also confirm that no attorneys or in-house counsel will be present with the expert during testimony and that no communications are allowed with the expert during testimony.  Please confirm that we will continue to use Veritext and Exhibit Share for the expert depositions.

Please confirm these details by the close of business today.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

███████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Gagliardi, Sharon
**Sent:** Monday, November 9, 2020 11:55 AM
**To:** DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** ALL NA Endo Vasopressin <NAEndoVasopressin@dechert.com>
**Subject:** Expert deposition logistics

Counsel,

Please confirm that the procedures in place for remote fact depositions (as outlined in the attached email) will also apply to the expert depositions.  Please also confirm that no attorneys or in-house counsel will be present with the expert during testimony and that no communications are allowed with the expert during testimony.  Please confirm that we will continue to use Veritext and Exhibit Share for the expert depositions.  Finally, please confirm that Mr. Stellon's deposition will start at 9 am on Thursday, November 12th.  Please address Wednesday's delivery of the exhibits for Mr. Stellon's deposition to:



Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**



sharon.gagliardi@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 4

| | |
|---|---|
| **From:** | Zhu, Shaobo <SZhu@goodwinlaw.com> |
| **Sent:** | Monday, November 30, 2020 2:35 PM |
| **To:** | Gagliardi, Sharon; Cipriano, Linnea P; Rhoad, Robert; Wu, Huiya; DG-Amneal-Vasopressin |
| **Cc:** | Gaza, Anne Shea; Vrana, Robert; Black, Martin; EXT Michael Farnan; EXT Brian Farnan; Greene, Blake; Goldberg, Brian; Loeb, Jonathan; Roberts, Daniel; Hildreth, Nancy |
| **Subject:** | RE: Par v Amneal -- ███████████████████ |

Sharon,

Dr. Marais is available to start his deposition at 10:30 AM ET.



Regards,
Shaobo

---

**From:** Gagliardi, Sharon
**Sent:** Monday, November 30, 2020 10:52 AM
**To:** Zhu, Shaobo ; Cipriano, Linnea P ; Rhoad, Robert ; Wu, Huiya ; DG-Amneal-Vasopressin
**Cc:** Gaza, Anne Shea ; rvrana@ycst.com; Black, Martin ; EXT Michael Farnan ; EXT Brian Farnan ; Greene, Blake ; Goldberg, Brian ; Loeb, Jonathan ; Roberts, Daniel ; Hildreth, Nancy
**Subject:** RE: Par v Amneal -- ███████████████

Shaobo,

Can you please provide the requested mailing addresses today?

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**
████████████
[sharon.gagliardi@dechert.com](mailto:sharon.gagliardi@dechert.com)
[dechert.com](http://dechert.com)

**From:** Gagliardi, Sharon
**Sent:** Tuesday, November 24, 2020 12:47 PM
**To:** 'Zhu, Shaobo' <SZhu@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████████

Shaobo,

We accept the proposed dates for the Winter and Marais depositions and accept the proposed times for Dr. Winter.  Please confirm that the deposition of Dr. Marais will start at 10 am ET.  Please provide the mailing addresses for the binders for each as soon as possible, as we will need extra time for Dr. Winter's binder(s).  We need email addresses for the attendees as well.  We anticipate providing Dr. Kirsch's supplemental report on December 2, 2020 and will be in touch with a proposed date for Dr. Kirsch's deposition.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

████████████████

sharon.gagliardi@dechert.com
dechert.com

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Monday, November 23, 2020 5:44 PM
**To:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████████

[EXTERNAL EMAIL]

Sharon,

Dr. Winter is available for deposition on December 8 and 9 from 8 AM to 1 PM ET each day.  Dr. Marais is available for deposition on December 10.  Please confirm that these dates work for Par.

Please let us know when you expect to provide us with Dr. Kirsch's supplemental expert report regarding infringement, and confirm that you expect to serve that report no later than December 2.  Please also provide us with the date(s) on

which Dr. Kirsch will be available for deposition that do not overlap with the deposition dates that have currently been offered.

Regards,
Shaobo

---

**From:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Sent:** Thursday, November 19, 2020 2:45 PM
**To:** Zhu, Shaobo <SZhu@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████████

Shaobo,

The fact that Amneal chose an expert resident in Germany should not disadvantage Par.  We are entitled to 7 hours on the record with Dr. Winter during business hours in the Court's time zone.  Accordingly, you need to make Dr. Winter available between 8am and 6pm eastern.  We made a very reasonable proposal that would minimize inconvenience to both sides.  Your counterproposal is unacceptable.  As I requested before, please propose two consecutive dates for Dr. Winter's deposition.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

████████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Thursday, November 19, 2020 1:56 PM
**To:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████████

[EXTERNAL EMAIL]

Sharon,

We do not believe 2 days is necessary to complete Dr. Winter's deposition.  We can agree to starting at 5:30 AM ET and keeping breaks short (e.g. 30 minute break for breakfast/lunch/dinner and 6 additional 10-minute breaks) in order to wrap up by 2 PM ET.  Please confirm that this is acceptable to Par.

Regards,
Shaobo

**From:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Sent:** Thursday, November 19, 2020 12:35 PM
**To:** Zhu, Shaobo <SZhu@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████████████████

Shaobo,

To clarify my last email, please note that Par is not able to conduct the Winter and Marais depositions simultaneously.  Please propose days for Winter and Marais that do not overlap.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

████████████████████

sharon.gagliardi@dechert.com
dechert.com

**From:** Gagliardi, Sharon
**Sent:** Thursday, November 19, 2020 12:22 PM
**To:** 'Zhu, Shaobo' <SZhu@goodwinlaw.com>; Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████████████████

Shaobo,

In order to finish Dr. Winter's deposition by 2 PM ET, we would need to start his deposition at 4 AM ET.  We think it makes more sense to break his deposition into two consecutive days to account for the time difference as we did with Mr. Joshi, for example going from 9:30 am ET – 2pm ET each day.  Please propose two days for Dr. Winter's deposition.  If this means Dr. Marais needs to move to December 10, that is fine with Par.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

██████████████ t

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Thursday, November 19, 2020 9:08 AM
**To:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████████

> [EXTERNAL EMAIL]

Counsel,

Assuming that Dr. Kirsch serves his supplemental expert report regarding infringement by December 2, below are the proposed dates for deposition of our experts:

Winter – December 8 (starting as early as reasonably needed to end the deposition by 2 PM ET)
Marais – December 9

Please confirm whether these dates work for Par.

Regards,
Shaobo

---

**From:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>
**Sent:** Monday, November 16, 2020 1:07 PM
**To:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████████

Thanks for following up, Sharon.  We just received approval of the version of the stipulation I sent on Friday from our client.  We can move forward with getting this on file.

Regards,
Linnea

---

**From:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Sent:** Monday, November 16, 2020 1:00 PM
**To:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- █████████████████

Linnea,

Do you have a response from your client on the latest draft of the stipulation?  We would like to get it on file today and are fine with the edits you sent Friday.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**
████████████
sharon.gagliardi@dechert.com
dechert.com

---

**From:** Cipriano, Linnea P [mailto:LCipriano@goodwinlaw.com]
**Sent:** Friday, November 13, 2020 5:22 PM
**To:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- █████████████████

[EXTERNAL EMAIL]

Sharon,

We are conferring with our client, and we will get back to you on the stipulation as soon as possible.  We realized that we will need to make an edit to Paragraph 4 regarding the extension of the deadline for the close of expert discovery to account for the depositions of Dr. Winter and Dr. Marais.  I am attaching a version of the stipulation with a proposed edit along these lines.  We are waiting for client approval on this draft, but we wanted to send it along for your consideration.

Regarding Ms. Gupta's deposition, we will move forward with her deposition on Nov. 18.  We will send email addresses and appropriate mailing addresses in a separate email.

Please confirm that Mr. Stellon will not be serving any additional reports. We do not plan on proceeding with his deposition next week if he will be submitting any additional opinions after Amneal produces the requested discovery.

Regarding the remaining depositions, we are willing to work to complete depositions as quickly as possible, however, we cannot present Dr. Winter and Dr. Marais for deposition before receiving Dr. Kirsch's supplemental infringement report. As we've stated on the call earlier today, we will endeavor to get you the documents Par has requested by the end of next week and schedule the deposition of Amneal's witness before Thanksgiving. If Dr. Kirsch can serve his supplemental infringement report by November 30, we will confirm that Drs. Winter and Marais are available for deposition before Dec. 7. However, if Dr. Kirsch's report is served later than Nov. 30, we may need to push these depositions into the week of Dec. 7.

I am attaching a revised schedule of pre-trial exchanges. I am not sending a redline because it was unreadable. Please let me know when you are available on Monday to discuss.

Regards,
Linnea

---

**From:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Sent:** Friday, November 13, 2020 4:09 PM
**To:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████████████

Linnea,

We have accepted your edits and made further additional edits. Please advise if these edits are acceptable to Amneal. We would like to get this stipulation on file today.

While we do not believe that the depositions of Drs. Winter and Marais need to be rescheduled, we are nonetheless willing to work with you on rescheduling these depositions as long as they are completed before December 7 so that the parties can focus on preparing for trial.

Further, your email yesterday was unclear as to whether the deposition of Ms. Gupta needs to be rescheduled. Please advise by the close of business today. If Ms. Gupta's deposition is proceeding on Wednesday, November 18, 2020, please provide the email address of anyone attending so that we can send the appropriate Veritext links.

Please provide the email address of anyone attending the Waxman dep by 10 am EST on Wednesday, November 18, 2020.

Finally, please provide any edits to the proposed pretrial exchange schedule that I sent to you on November 4, 2020 by no later than the close of business on Monday, November 16, 2020.

Regards,
Sharon

Sharon K. Gagliardi

Dechert LLP

█████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Cipriano, Linnea P [mailto:LCipriano@goodwinlaw.com]
**Sent:** Thursday, November 12, 2020 1:40 PM
**To:** Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████

---

[EXTERNAL EMAIL]

Bob,

Amneal will agree that the only infringement issue to be tried will be whether Amneal's proposed ANDA products satisfy the pH limitations of the asserted claims, including whether Amneal's product has a pH within the claimed range and whether Amneal will induce infringement of the asserted claims by selling a product with ███████████ ███████. Attached is a redline of the stipulation with our proposed edits. Please let us know if these are acceptable.

As explained in Amneal's responses to Par's supplemental discovery requests, we will provide reasonable discovery related to Amneal's recent submission. Amneal will produce documents in response to Par's requests as quickly as possible, and we will schedule a supplemental deposition of an Amneal witness shortly after the documents are produced.

As set forth in the attached stipulation, Amneal reserves the right to respond to any new opinions raised in Stellon's or Kirsch's supplemental reports. Therefore, we expect that we will need to reschedule the depositions of Dr. Winter and Dr. Marais. We do not expect to need to reschedule the deposition of Dr. Waxman. We await confirmation regarding our proposal of Nov. 18 for Ms. Gupta's deposition.

Regards,
Linnea

---

**From:** Rhoad, Robert <robert.rhoad@dechert.com>
**Sent:** Tuesday, November 10, 2020 5:52 PM
**To:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ████████████████

Linnea,

In order to best move this case forward due to the severe prejudice caused by Amneal's recent production of ███████, Par is inclined to agree to Amneal's proposal limiting the scope of non-infringement defenses that Amneal will assert at trial, provided that we can reach agreement on an appropriate stipulation to that effect by tomorrow, so that we can move forward promptly. As set forth in my email from Monday (to which I did not receive a reply), we understand Amneal's proposal to mean that the only infringement issue to be tried would be whether, if Amneal's ANDA is approved based ███████████████, Amneal's ANDA products will satisfy the pH limitations of the asserted patent claims. Attached is a proposed stipulation. Please confirm it is acceptable to you as soon as possible.

In conjunction therewith, Amneal has agreed to provide expedited discovery on ███████████ We will provide a targeted request for documents and will want to take a short deposition next week. We will provide the requests and identify the knowledge we want the deponent to have by the end of the day tomorrow.

Assuming we reach agreement on the stipulation, we plan to supplement Stellon's report by close of business tomorrow. Stellon's supplemental opinions will be minimal and he is available for deposition on Tuesday next week.

Dr. Kirsch will supplement his invalidity report this week, and he will provide his supplemental infringement report and be available for deposition after Amneal fully responds to the requested discovery.

We do not believe that any other expert depositions need to be rescheduled as a result of Dr. Kirsch's supplemental infringement report.

Regards,

Bob

**Robert D. Rhoad**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

████████████

robert.rhoad@dechert.com
dechert.com

---

**From:** Cipriano, Linnea P [mailto:LCipriano@goodwinlaw.com]
**Sent:** Sunday, November 08, 2020 10:29 PM
**To:** Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ███████████████

[EXTERNAL EMAIL]

Bob,

9

Thanks for speaking with us on Thursday.  As we discussed, we are interested in finding a way forward, and we proposed a few options for how we may do so.

As we explained on the phone, we think that we can provide reasonable discovery regarding ███████████ ████████████████████ such that we can move forward and proceed with trial on the current schedule.  We believe that targeted discovery can be done on an expedited basis such that Par can supplement its expert reports and we can proceed with trial in January.  We have offered a deposition next week, and we invite Par to serve any additional discovery it thinks it needs, and Amneal will answer promptly.

If, however, Par remains opposed to moving forward with the case as it stands, Amneal proposes that it stipulate that the proposed ANDA products meet all limitations of the asserted patents, except the pH limitations, such that the infringement issues presented at trial would be limited to pH.  Amneal would agree to provide discovery on ██████ █████████████████████████████████████████ and allow Par to supplement its expert reports with such information.

While we think one of the above options is workable and would allow the case to move forward with a full set of facts, Amneal would be willing to consider moving forward with the case using the ████████████████████████████ ████████ .  As we discussed, we would need to further consider the logistics of doing so.

We look forward to hearing from you regarding a workable plan to move forward.  Please let us know your position as soon as possible so we may conduct any requested discovery quickly and move forward with preparations for trial.  We are available to speak again early this week if that would be productive.

Regards,
Linnea

---

**From:** Rhoad, Robert <robert.rhoad@dechert.com>
**Sent:** Thursday, November 5, 2020 12:18 PM
**To:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal -- ██████████████████████████

Linnea,

Amneal's conduct is truly beyond the pale.  We specifically asked Amneal to provide us information relating to its work in ████████████████████████████████████████████████████—on a rolling basis as it became available, rather than withholding it until it ████████████████████████████████ .  The very purpose of the request to avoid the situation Amneal has now put us in by refusing to comply with the request and instead dumping the new information on us along with its expert reports incorporating that information.  Amneal's proposed half-measures to remedy the consequences of its deliberate decision to withhold that information are insufficient to cure the very significant prejudice that Par has suffered.

Fact discovery closed long ago, and Amneal cannot rely on factual information produced after the close of fact discovery without leave of court.  If Amneal is unwilling to be reasonable, we will not only move the Court to bifurcate the infringement trial, but also seek to strike the late produced evidence and Amneal's expert reports relying on the data.  When the Court asks how long Amneal has had the new information data and when it planned to make the filing,

Amneal can try to justify its assertion that that information somehow is privileged work product.  We reiterate our request for answers to our questions.

As noted in my email, we are willing to proceed with the current schedule on validity, but we do not have time to reopen fact discovery, collect relevant documents Amneal has yet to produce (█████████████████████████████████████████████████████████████████████████████████████████████), serve interrogatories directed to those same issues, and deal with the infringement case.  At the time the Scheduling Order was entered, we agreed to an expedited trial for the consolidated defendants, including Amneal, but Amneal's 30 month stay does not expire until September 6.   In less egregious circumstances, courts have extended the 30-month stay.  *Eli Lilly and Co. v. Teva Pharms. USA, Inc.*, 557 F.3d 1346 (Fed. Cir. 2009).  We reserve the right to move for a stay extension and sanctions for failure to turn over the documents and information sooner, █████████████████████ ███████████████.

We are available to meet and confer with you at 2 pm today, as you proposed.  We can use the following dial-in ██████ ███████████████████████████████.

Regards,

Bob

**Robert D. Rhoad**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership
███████████████
robert.rhoad@dechert.com
dechert.com

---

**From:** Cipriano, Linnea P [mailto:LCipriano@goodwinlaw.com]
**Sent:** Wednesday, November 04, 2020 9:25 PM
**To:** Rhoad, Robert <robert.rhoad@dechert.com>; Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** RE: Par v Amneal --███████████████████████████████

[EXTERNAL EMAIL]

Counsel,

Amneal disagrees with Par's assertion that the ████████████████████████████████████ ███████████████████████████████ necessitates adjustment to the case schedule.  Amneal is not willing to move the trial date and opposes Par's proposal of a bifurcated trial.  Although Amneal disagrees that additional fact discovery is necessary, Amneal is willing to offer Par a deposition of a fact witness limited to Amneal's ████████████████████████████  In view of the upcoming deadlines, Amneal will make Hardik Joshi available for deposition next week.  Please confirm that we should finalize the timing of this deposition.

Amneal also disagrees with Par's assertion that Amneal "opted not to give Par any notice" of ████████████████████. Amneal specifically informed Par that ████████████████████████████████████. *See* Huiya Wu's August 21st email to Brian Goldberg. And Amneal's position has been clear since at least July that we would produce ████████████████████████. *See* Joshi Day 2 Dep. Tr. at 95:18-21. As indicated in correspondence as recently as last month, Par understood this position. *See* Brian Goldberg's October 19th email (requesting that Amneal "produce a copy of ████████████████ within 48 hours of their submission"). In that regard, we assured you that Amneal would endeavor to produce a copy of █████████████████ as soon as possible. *See* Grace Truong's October 20th email to Brian Goldberg. Indeed, Amneal not only worked expeditiously to ███████████████████████████████████████████, but we also worked expeditiously to produce these documents to Par on the same day ██████████████.

Your statement that Amneal withheld these documents from Par while providing them to Amneal's expert is completely false and utterly baseless. We produced these documents to you before we sent them to our experts. Regarding the six questions outlined in your below email, they seek answers that are simply not relevant to any of the claims or defenses in this case, and further seek privileged information.

In addition to the fact deposition offered above, Amneal is also willing to agree that Par can supplement its expert reports—both opening and rebuttal—to address the information provided in ████████████ under the conditions outlined herein. Our experts were able to incorporate this information into their reports between October 29 and November 2. Par's experts should similarly be able to provide timely supplementation and Amneal will agree that Par may supplement by November 11th its opening and rebuttal reports to address the information provided in ████████████████ while reserving all rights to reply to such supplements.

If Par agrees to move expeditiously, then there is no reason to delay trial. Par had previously represented, on our October 29 call, that this case largely overlaps with Eagle's and that both defendants' infringement cases will rise and fall together (we also informed you during that call that █████████████████████████ ██████████████). There is no reason not to maintain the efficiencies achieved in trying both cases together. To that end, Amneal requests Par's permission to communicate with Eagle to exchange documents that may include Par's confidential information. We also propose the following schedule for pretrial exchanges:

| Deadline | Date |
|---|---|
| Parties exchange Witness Lists | Tuesday Nov. 17 |
| Parties exchange affirmative dep designations | Friday Nov. 20 |
| Parties exchange exhibits lists and unstamped copies of exhibits | Friday Nov. 20 |
| Par serve draft statement of admitted facts | Friday Nov. 20 |
| Amneal serve revisions to admitted facts | Friday Dec. 4 |
| Parties exchange counter dep designations/objections to affirmatives | Tuesday Dec. 8 |
| Parties serve objections to exhibit lists/identify joint exhibits | Friday Dec. 11 |
| Parties exchange objections to counter dep designations | Monday Dec. 14 |
| Par serves final versions of joint sections of the Pretrial Order (except deposition designations) | Monday Dec. 14 |
| Par files Joint Proposed Pretrial Order | Tuesday Dec. 15 |
| Parties exchange stamped copies of exhibits | Tuesday Dec. 22 |

We are available to discuss the above proposals between 1 pm and 3 pm tomorrow (Thursday, 11/4).

Regards,

Linnea

---

**From:** Rhoad, Robert <robert.rhoad@dechert.com>
**Sent:** Tuesday, November 3, 2020 5:13 PM
**To:** Wu, Huiya <HWu@goodwinlaw.com>; DG-Amneal-Vasopressin <DG-Amneal-Vasopressin@goodwinlaw.com>
**Cc:** Gaza, Anne Shea <agaza@ycst.com>; rvrana@ycst.com; Black, Martin <martin.black@dechert.com>; EXT Michael Farnan <mfarnan@farnanlaw.com>; EXT Brian Farnan <bfarnan@farnanlaw.com>; Greene, Blake <Blake.Greene@dechert.com>; Goldberg, Brian <Brian.Goldberg@dechert.com>; Loeb, Jonathan <jonathan.loeb@dechert.com>; Gagliardi, Sharon <sharon.gagliardi@dechert.com>; Roberts, Daniel <Daniel.Roberts@dechert.com>; Hildreth, Nancy <Nancy.Hildreth@dechert.com>
**Subject:** Par v Amneal -- ███████████████████████

Counsel,

We have now had an opportunity to make an initial review of the ███████████████████████ ████████████████████████████

It is clear that the ███████████████████████████ that have a material impact on the infringement issues and evidence to be presented in this case, necessitating additional discovery and an adjustment to the case schedule. ████████████████ include at least the following: ███████████████████████████████████████ ████████████████████ Each of these changes significantly impacts the disputed infringement issues to be tried in this Hatch-Waxman Act case—███████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████ that Par's principal infringement expert relied on preparing his expert report.  Par will need to take fact discovery concerning the reasons for and impact of these various changes, and will need to have its expert re-visit his analysis and calculations in light of ███████████████████████████████

It is troubling that Amneal opted not to give Par any notice of these highly significant changes to ████████████ ███████████████, particularly given that Par had specifically requested that Amneal provide notice on a rolling basis of any ████████████████████ rather than waiting until Amneal ██████████████ ███████ *See* Brian Goldberg's Aug. 7th email to Huiya Wu.  Even worse, Amneal provided the information it was withholding from Par to Amneal's experts, who then incorporated that information into their rebuttal non-infringement reports as a basis for challenging Par's experts' conclusions, which had been based, in part, ████████████████ ████████████████████ that Amneal was withholding from Par.  Amneal's conduct has caused significant prejudice to Par and its experts, who have to re-do their analyses in light of the ████████████████████████, in the midst of preparing for a joint trial in this case and the related Eagle case set to begin in just two months.

In addition, ███████████████████████ includes information that bolsters Par's expert's opinions regarding the validity of the asserted patent claims.  If Amneal had provided the new information in a timely fashion, as Par had requested, Dr. Kirsch could have included this new information in the rebuttal validity report he served yesterday.  Because Amneal chose instead to withhold that information, Dr. Kirsch must now serve a supplemental validity report.

These circumstances require an adjustment to the current schedule.  Although we believe that Dr. Kirsch can supplement his validity report in a timely fashion (hopefully by the early next week), such that expert discovery regarding validity issues can continue and the validity case can be ready for trial in January as scheduled, that is not so

for the infringement case.  As noted above, there needs to be additional fact and expert discovery concerning infringement issues, and this cannot be completed in time to try the infringement case in January.  Accordingly, Par intends to ask the Court to bifurcate the trial, and proceed in January with a trial as to infringement by Eagle only, and as to the validity and unenforceability defenses raised by both Eagle and Amneal, with a separate trial to be set for infringement by Amneal at a later date.  Amneal's 30-month stay does not expire until September 2021, so there is ample time for the Court to fit in a separate infringement trial as to Amneal, which could be completed in a day and a half.

Please let us know your availability for a meet and confer tomorrow to discuss these issues and a proposed new schedule for completion of discovery and trial regarding infringement issues.

In the meantime, please promptly provide your consent for Dr. Kirsch to serve a supplemental validity report and answers to the following questions so that we can factor the information into setting the new schedule:

1. When did Amneal make the decision to ██████████████████████████?
2. When did Amneal make the decision to ███████████████████████████?
3. When did Amneal make the decision to █████████████████████████?
4. When did Amneal obtain ████████████████████████████████?
5. When did Amneal provide information about the ████████████████████████ to its experts?
6. When did Amneal provide information about the █████████████ to its experts?

Regards,


**Robert D. Rhoad**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership
████████████████████
robert.rhoad@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.


*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 5

| | |
|---|---|
| **From:** | Zhu, Shaobo <SZhu@goodwinlaw.com> |
| **Sent:** | Thursday, December 3, 2020 2:28 PM |
| **To:** | Gagliardi, Sharon |
| **Cc:** | Cipriano, Linnea P |
| **Subject:** | RE: Vasopressin -Dr. Winter's and Marais' phone |

Sharon,

███████████████████

██████████████████████

████████ ███████████████

Regards,
Shaobo

---

**From:** Gagliardi, Sharon
**Sent:** Thursday, December 3, 2020 2:26 PM
**To:** Zhu, Shaobo
**Cc:** Cipriano, Linnea P
**Subject:** RE: Vasopressin -Dr. Winter's and Marais' phone

Shaobo,

I just realized that your email with the addresses for Dr. Winter and Dr. Marais did not include their email addresses.  Please send them so that we can have Veritext send the invite.

Thanks,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**
████████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Thursday, December 3, 2020 11:52 AM
**To:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Cc:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>
**Subject:** RE: Vasopressin -Dr. Winter's and Marais' phone

[EXTERNAL EMAIL]

Sharon,

████████████████████████████████

████████████
(hwu@goodwinlaw.com)

████████████████████████

████████████
(jbennett@goodwinlaw.com)

██████████████████████████████

Regards,
Shaobo

**From:** Gagliardi, Sharon <sharon.gagliardi@dechert.com>
**Sent:** Wednesday, December 2, 2020 2:20 PM
**To:** Zhu, Shaobo <SZhu@goodwinlaw.com>
**Cc:** Cipriano, Linnea P <LCipriano@goodwinlaw.com>
**Subject:** Re: Vasopressin -Dr. Winter's and Marais' phone

Thanks!

On Dec 2, 2020, at 2:01 PM, Zhu, Shaobo <SZhu@goodwinlaw.com> wrote:

[EXTERNAL EMAIL]

Sharon,

████████████████████████

████████████████

████████████████

Regards,
Shaobo

**Shaobo Zhu**



[SZhu@goodwinlaw.com](SZhu@goodwinlaw.com) | [goodwinlaw.com](goodwinlaw.com)

*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 6

| **From:** | Gagliardi, Sharon <sharon.gagliardi@dechert.com> |
|---|---|
| **Sent:** | Monday, December 7, 2020 3:14 PM |
| **To:** | Zhu, Shaobo; Cipriano, Linnea P |
| **Subject:** | RE: Winter Dep and Unmarked Exhibits |

Shaobo,

We have confirmed that the Veritext links were resent to Dr. Winter and Ms. Wu.  Can you please have them check their emails again?

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**

███████████████

sharon.gagliardi@dechert.com
dechert.com

---

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Monday, December 7, 2020 1:00 PM
**To:** Gagliardi, Sharon ; Cipriano, Linnea P
**Subject:** RE: Winter Dep and Unmarked Exhibits

[EXTERNAL EMAIL]

Sharon,

We confirm that Dr. Winter has received a box of documents, which he has not opened and will not open before the start of his deposition.  Can you confirm whether Veritext has sent links to the Zoom and Exhibit Share platform to Dr. Winter and Ms. Wu?  They could not find the invitation in their email.

Amneal agrees to exchanging unmarked exhibits on Tuesday.

Regards,
Shaobo

---

**From:** Gagliardi, Sharon
**Sent:** Sunday, December 6, 2020 2:37 PM
**To:** Cipriano, Linnea P
**Cc:** Zhu, Shaobo
**Subject:** Winter Dep and Unmarked Exhibits

Linnea,

The boxes for Dr. Winter have been delivered.  Please confirm that he will not open the boxes before the start of the deposition as we agreed.  My understanding is that one of the experts for Amneal did not follow this protocol.

Additionally,  we would like to exchange the exhibit lists tomorrow, but the actual unmarked exhibits on Tuesday so that our paralegals have sufficient time to gather the unmarked documents.  Please confirm that this is acceptable to Amneal.

Regards,
Sharon

**Sharon K. Gagliardi**

**Dechert LLP**



sharon.gagliardi@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 7

| | |
|---|---|
| **From:** | Goldberg, Brian <Brian.Goldberg@dechert.com> |
| **Sent:** | Tuesday, December 8, 2020 7:45 AM |
| **To:** | Wu, Huiya |
| **Cc:** | Zhu, Shaobo; DG-Amneal-Vasopressin; Loeb, Jonathan; Greene, Blake; Roberts, Daniel |
| **Subject:** | RE: Dr. Winter Deposition |

Huiya,

We are having the same issue.  I'm calling tech support now.

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

███████████

brian.goldberg@dechert.com
dechert.com

---

**From:** Wu, Huiya [mailto:HWu@goodwinlaw.com]
**Sent:** Tuesday, December 08, 2020 7:42 AM
**To:** Goldberg, Brian
**Cc:** Zhu, Shaobo ; DG-Amneal-Vasopressin ; Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** Re: Dr. Winter Deposition

[EXTERNAL EMAIL]

Dear Brian,

My invite link from the email isn't working, and can't get in from the home page or live-sessions page in myveritext.  Can you forward me zoom link?

Thanks,
Huiya

> On Dec 7, 2020, at 8:26 PM, Goldberg, Brian wrote:
>
>
> Shaobo,
>
> Thanks for checking.  Veritext told us that they have sent all the links for tomorrow.  I attach the email with the link for tomorrow's deposition that can be forwarded to however may need it.  Exhibit Share should be accessible through the myveritext portal as well.
>
> I'll be available in advance of the deposition tomorrow morning if there is anyone still having trouble accessing the platforms.
>
> Regards,

1

Brian

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

████████████

brian.goldberg@dechert.com
dechert.com

---

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Monday, December 07, 2020 8:00 PM
**To:** Goldberg, Brian ; DG-Amneal-Vasopressin
**Cc:** Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** RE: Dr. Winter Deposition

[EXTERNAL EMAIL]

Brian,

Ms. Wu has received the Zoom link for tomorrow, but cannot find the link to exhibit share in her email.  Dr. Winter did not have links to either today, but I understand that Veritext has since sent or re-sent that information; however, we have not been able to confirm that he has now received those links.

Regards,
Shaobo

---

**From:** Goldberg, Brian
**Sent:** Monday, December 7, 2020 3:44 PM
**To:** DG-Amneal-Vasopressin
**Cc:** Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** Dr. Winter Deposition

Counsel,

Can you confirm that Dr. Winter and everyone else participating on Amneal's end received their zoom and exhibit share links for the deposition tomorrow?

Thanks,

Brian

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

████████████

brian.goldberg@dechert.com

dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

# EXHIBIT 8

| From: | Goldberg, Brian <Brian.Goldberg@dechert.com> |
|---|---|
| Sent: | Tuesday, December 8, 2020 7:52 AM |
| To: | Wu, Huiya |
| Cc: | Zhu, Shaobo; DG-Amneal-Vasopressin; Loeb, Jonathan; Greene, Blake; Roberts, Daniel |
| Subject: | RE: Dr. Winter Deposition |

Huiya,

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

brian.goldberg@dechert.com
dechert.com

**From:** Wu, Huiya [mailto:HWu@goodwinlaw.com]
**Sent:** Tuesday, December 08, 2020 7:42 AM
**To:** Goldberg, Brian
**Cc:** Zhu, Shaobo ; DG-Amneal-Vasopressin ; Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** Re: Dr. Winter Deposition

[EXTERNAL EMAIL]

Dear Brian,

My invite link from the email isn't working, and can't get in from the home page or live-sessions page in myveritext.  Can you forward me zoom link?

Thanks,
Huiya

On Dec 7, 2020, at 8:26 PM, Goldberg, Brian wrote:

Shaobo,

Thanks for checking.  Veritext told us that they have sent all the links for tomorrow.  I attach the email with the link for tomorrow's deposition that can be forwarded to however may need it.  Exhibit Share should be accessible through the myveritext portal as well.

I'll be available in advance of the deposition tomorrow morning if there is anyone still having trouble accessing the platforms.

Regards,

Brian

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

███████████

brian.goldberg@dechert.com
dechert.com

**From:** Zhu, Shaobo [mailto:SZhu@goodwinlaw.com]
**Sent:** Monday, December 07, 2020 8:00 PM
**To:** Goldberg, Brian ; DG-Amneal-Vasopressin
**Cc:** Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** RE: Dr. Winter Deposition

[EXTERNAL EMAIL]

Brian,

Ms. Wu has received the Zoom link for tomorrow, but cannot find the link to exhibit share in her email.  Dr. Winter did not have links to either today, but I understand that Veritext has since sent or re-sent that information; however, we have not been able to confirm that he has now received those links.

Regards,
Shaobo

**From:** Goldberg, Brian
**Sent:** Monday, December 7, 2020 3:44 PM
**To:** DG-Amneal-Vasopressin
**Cc:** Loeb, Jonathan ; Greene, Blake ; Roberts, Daniel
**Subject:** Dr. Winter Deposition

Counsel,

Can you confirm that Dr. Winter and everyone else participating on Amneal's end received their zoom and exhibit share links for the deposition tomorrow?

Thanks,

Brian

**Brian Goldberg**

**Dechert LLP**
A Pennsylvania Limited Liability Partnership

███████████████

brian.goldberg@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.