

May 24, 2021

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

      RE: *Par Pharmaceutical Inc., et al. v. Amneal Pharmaceuticals of New York LLC, et al.* **C.A. No. 18-cv-2032-CFC-CJB (Consolidated)**

Dear Judge Connolly:

We represent the Plaintiffs (collectively "Par") in the above-captioned Hatch-Waxman Act case, in which defendants Amneal EU, Limited, Amneal Pharmaceuticals of New York LLC, Amneal Biosciences LLC, and Amneal Pharmaceutical Pvt. Ltd.'s (collectively, "Amneal") seek FDA approval to launch generic versions of Par's Vasostrict® products. The Court has scheduled a joint status call in this matter and *Par v. Eagle* (18-cv-823) for Wednesday, May 26, 2021, at 9:00 am. We write to provide an update on Amneal FDA matters, so as to reduce the necessity to discuss Amneal confidential information with Eagle on the line.





As a result of the ███

We do not know – and indeed Amneal probably does not know – ███ the current trial would result in an advisory opinion. ███ Under the circumstances, Par suggested to Amneal that it would be prudent to ███ Amneal has so far refused that suggestion.

With respect to the 30-month stay, it will expire in September, ███.

We are available at the Court's convenience should Your Honor have any questions.

                                         Respectfully submitted,

                                         /s/ Michael J. Farnan

                                         Michael J. Farnan

cc: Counsel of Record (Via E-Mail)