YOUNG
CONAWAY

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

May 25, 2021

<u>**VIA CM/ECF AND HAND DELIVERY**</u>

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *Par Pharmaceutical, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.*, C.A. No. 18-2032-CFC (Consolidated)

Dear Judge Connolly:

    Amneal writes in response to Par's unilateral May 24, 2021 letter (D.I. 270), which was filed with no advance notice to Amneal. Par's letter, with its self-serving portrayal of the facts ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is currently set to begin on July 7, 2021. There is no reason however, because nothing in the ▮▮▮▮▮▮▮▮▮▮▮▮ changes the infringement issue that must be resolved in this case.

    As of the original January 2021 trial date, the parties had already narrowed the infringement case to a ***single*** claim limitation on pH: whether Amneal's proposed ANDA products will satisfy the claim limitation "wherein the unit dosage form has a pH of 3.7-3.9."[1] (D.I. 233 at 3.) That is the sole infringement question to be resolved—if Amneal's proposed ANDA products do not have a pH of 3.7-3.9, then Amneal does not infringe the asserted claims. Amneal will

---

[1] Par has had all of Amneal's pH data since July 2020, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

demonstrate at trial that it does not infringe because, *inter alia*, ▮

▮ Therefore, any suggestion that the Court's decision would be advisory is wrong. As detailed below, nearly every other assertion in Par's letter is also overstated or flatly incorrect.

▮

▮

▮

---

[2] "Gwinn Decl." refers to the attached Declaration of Janie Gwinn, Senior Director, Regulatory Affairs, at Amneal, attesting to this and other facts relating to ▮.

■ In any event, the ongoing nature of the FDA review is consistent with the Hatch-Waxman statutory scheme that calls for such review to be undertaken in parallel with district court proceedings on infringement and/or invalidity.



■ is an issue for the FDA to determine.

■ Therefore, the Court's infringement opinion, which is limited to the narrow pH issue outlined above, would not be an advisory one ■ As contemplated by the procedures codified in the Hatch-Waxman Act, Amneal seeks judicial review of its ANDAs in parallel with the FDA's review of its ANDAs. ■ the July trial will afford Amneal the opportunity provided by Congress to launch its generic product as soon as FDA approval issues ■ while not burdening the Court with preliminary injunction motion practice.

Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

 Respectfully,

 /s/ *Anne Shea Gaza*

 Anne Shea Gaza (No. 4093)

Enclosure (Gwinn Decl.)

cc: All Counsel of Record (via electronic mail)

28169379.1