# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al., <br><br> Defendants. | C.A. No. 18-2032-CFC (Consolidated) <br><br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br><br> REDACTED - PUBLIC VERSION (Filed June 4, 2021) |

## NOTICE OF SUBSEQUENT DEVELOPMENTS

Dated: May 28, 2021

| | |
|---|---|
| OF COUNSEL: <br><br> Huiya Wu <br> Linnea Cipriano <br> Tiffany Mahmood <br> Jacqueline Genovese Bova <br> Grace Peace Truong <br> GOODWIN PROCTER LLP <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br> 212-813-8800 <br> hwu@goodwinlaw.com <br> lcipriano@goodwinlaw.com <br> tmahmood@goodwinlaw.com <br> jbova@goodwinlaw.com <br> gtruong@goodwinlaw.com | Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> 302-571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-2032-CFC (Consolidated) |

## NOTICE OF SUBSEQUENT DEVELOPMENTS

The Amneal Defendants ("Amneal") hereby provide this Notice to update the Court on recent developments relevant to the May 26, 2021 status conference with the Court and the parties' related submissions due by June 7, 2021. *See* 5/26/21 Minute Entry.



Dated: May 28, 2021

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Huiya Wu | |
| Linnea Cipriano | /s/ Anne Shea Gaza |
| Tiffany Mahmood | Anne Shea Gaza (No. 4093) |
| Jacqueline Genovese Bova | Robert M. Vrana (No. 5666) |
| Grace Peace Truong | Samantha G. Wilson (No. 5816) |
| GOODWIN PROCTER LLP | Rodney Square |
| The New York Times Building | 1000 North King Street |
| 620 Eighth Avenue | Wilmington, DE 19801 |
| New York, NY 10018 | 302-571-6600 |
| 212-813-8800 | agaza@ycst.com |
| hwu@goodwinlaw.com | rvrana@ycst.com |
| lcipriano@goodwinlaw.com | swilson@ycst.com |
| tmahmood@goodwinlaw.com | |
| jbova@goodwinlaw.com | *Attorneys for Defendants* |
| gtruong@goodwinlaw.com | |

John T. Bennett
Shaobo Zhu
GOODWIN PROCTER LLP

2

100 Northern Avenue
Boston, MA 02210
617-570-8712
jbennett@goodwinlaw.com
szhu@goodwinlaw.com

# EXHIBIT A

# Redacted in its Entirety

# EXHIBIT B

# Redacted in its Entirety

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, Esquire, hereby certify that on June 4, 2021, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that on June 4, 2021, I caused the foregoing sealed document to be served by e-mail on the following counsel of record:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black
Brian M. Goldberg
Sharon K. Gagliardi
Joseph J. Gribbin
Daniel Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
martin.black@dechert.com
brian.goldberg@dechert.com
sharon.gagliardi@dechert.com
joe.gribbin@dechert.com
daniel.roberts@dechert.com

Robert D. Rhoad
DECHERT LLP
100 Overlook Center, 2nd Floor

Princeton, NJ 08540-7814
robert.rhoad@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: June 4, 2021                     YOUNG CONAWAY STARGATT
                                                             & TAYLOR, LLP

                                                          */s/ Anne Shea Gaza*
                                                          Anne Shea Gaza (No. 4093)
                                                          Robert M. Vrana (No. 5666)
                                                          Samantha G. Wilson (No. 5816)
                                                          Rodney Square
                                                          1000 North King Street
                                                          Wilmington, DE 19801
                                                          (302) 571-6600
                                                          agaza@ycst.com
                                                          rvrana@ycst.com
                                                          swilson@ycst.com

                                                          *Attorneys for Defendants*

26652602.1