# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 18-823-CFC |
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al., <br><br> Defendants. | C.A. No. 18-2032-CFC (Consolidated) |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

The undersigned counsel certifies that this filing complies with the type, font, and word limitations set forth in the Court's November 6, 2019 Standing Order and the April 9, 2020 Oral Order. According to the word processing system used to prepare it, the forgoing document contains 7,500 words, excluding the letterhead and

signature block. The text of this document, including footnotes, was prepared in Times New Roman, 14 point.

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Jay P. Lefkowitz, P.C. | David E. Moore (#3983) |
| Jeanna M. Wacker | Bindu A. Palapura (#5370) |
| Benjamin A. Lasky | Stephanie E. O'Byrne (#4446) |
| Sam Kwon | Hercules Plaza, 6th Floor |
| Matthew Lembo | 1313 N. Market Street |
| KIRKLAND & ELLIS LLP | Wilmington, DE 19801 |
| 601 Lexington Avenue | Tel: (302) 984-6000 |
| New York, NY 10022 | dmoore@potteranderson.com |
| Tel: (212) 446-4800 | bpalapura@potteranderson.com |
| | sobyrne@potteranderson.com |
| Bryan S. Hales | |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant Eagle* |
| 300 North LaSalle | *Pharmaceuticals Inc.* |
| Chicago, IL 60654 | |
| Tel: (312) 862-2000 | |

OF COUNSEL:

Huiya Wu
Linnea Cipriano
Tiffany Mahmood
Jacqueline Genovese Bova
Grace Peace Truong
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800

John T. Bennett
Shaobo Zhu
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-8712

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

By: */s/ Anne Shea Gaza*
    Anne Shea Gaza (No. 4093)
    Robert M. Vrana (No. 5666)
    Samantha G. Wilson (No. 5816)
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801
    Tel: (302) 571-6600
    agaza@ycst.com
    rvrana@ycst.com
    swilson@ycst.com

*Counsel for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited*