IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, et al.,<br><br>*Defendants*. | Case No. C.A. No. 18-2032-CFC-CJB (Consolidated) |

## JOINT STATUS REPORT

Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC ("Par") along with Defendants ("Amneal") jointly write to provide the Court with the status update requested by Oral Order entered on October 25, 2021.

On June 9, 2021, the Court held a joint telephone conference regarding the above-captioned case and *Par Pharm., Inc. v. Eagle Pharms. Inc.* case (18-823-CFC-JLH). At that time, the Court bifurcated the issues of infringement and invalidity/unenforceability in this matter, ordering that Amneal's invalidity and unenforceability defenses be tried on a consolidated basis with Eagle's invalidity and unenforceability defenses in a bench trial starting on July 7, 2021. The Court

1

further ordered that Eagle's alleged infringement of Par's patents would be tried at that time, but postponed the trial of Amneal's alleged infringement until a date to be set in the future. The Court held a joint pretrial conference on June 30, 2021.

The Court then held a three-day bench trial from July 7-9, 2021, during which Par presented its infringement case against Eagle, and Eagle and Amneal presented their consolidated invalidity and unenforceability defenses. The Court thereafter held that Par had not proven infringement against Eagle, and in view thereof, declined to address Eagle's and Amneal's consolidated invalidity and unenforceability defenses at that time. *Par Pharm., Inc. v. Eagle Pharms. Inc.*, 18-823-CFC-JLH, 2021 WL 3886418, at *11 (Aug. 31, 2021).

Amneal's applications before the FDA remain pending. The FDA issued Complete Response Letters on August 10, 2021. Amneal represents that it today filed its responses to the Complete Response Letters. Amneal will produce a copy of those responses to Par within 24 hours of the filing time.

Dated: November 1, 2021

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Brian E. Farnan* | */s/ Anne Shea Gaza* |
| Brian E. Farnan (Bar No. 4089) | Anne Shea Gaza (Bar No. 4093) |
| Michael J. Farnan (Bar No. 5165) | Robert M. Vrana (Bar No. 5666) |
| 919 N. Market St., 12th Floor | Samantha G. Wilson (Bar No. 5816) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 777-0300 | 1000 North King Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 571-6600 |
| | agaza@ycst.com |
| *Counsel for Plaintiffs* | rvrana@ycst.com |
| | swilson@ycst.com |
| *Of Counsel*: | |
| | *Counsel for Defendants* |
| Martin J. Black | |
| Sharon K. Gagliardi | *Of Counsel*: |
| Brian M. Goldberg | |
| DECHERT LLP | Steven A. Maddox |
| Cira Centre | Jeremy J. Edwards |
| 2929 Arch Street | Kaveh V. Saba |
| Philadelphia, PA 19104 | MADDOX EDWARDS, PLLC |
| Tel: (215) 994-4000 | 1900 K Street NW, Suite 725 |
| martin.black@dechert.com | Washington, DC 20006 |
| sharon.gagliardi@dechert.com | (202) 830-0238 |
| brian.goldberg@dechert.com | smaddox@meiplaw.com |
| | jedwards@meiplaw.com |
| Robert D. Rhoad | ksaba@meiplaw.com |
| DECHERT LLP | |
| 502 Carnegie Center, Suite 104 | |
| Princeton, NJ 08540-7814 | |
| Tel: (609) 955-3200 | |
| robert.rhoad@dechert.com | |

Jonathan D. J. Loeb, Ph.D
DECHERT LLP
2400 W. El Camino Real, Suite 700

Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
Tel: (512) 394-3000
blake.greene@dechert.com

28766064.1