## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PAR PHARMACEUTICAL, INC., *et al.*,

                *Plaintiffs*,

    v.

AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, *et al.*,

                *Defendants*.

C.A. No. 18-2032-CFC-CJB (consolidated)

REDACTED - PUBLIC VERSION

## DECLARATION OF KAVEH V. SABA
## IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A
## MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

*Of Counsel*:

MADDOX EDWARDS, PLLC
Steven A. Maddox
Jeremy J. Edwards
Kaveh V. Saba
1900 K Street NW, Suite 725
Washington, D.C. 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
ksaba@meiplaw.com

Dated:  November 4, 2021

Redacted: November 12, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited*

I, Kaveh V. Saba, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Maddox Edwards, PLLC, counsel for

Defendants Amneal EU Limited, Amneal Pharmaceuticals of New York, LLC,

Amneal Biosciences LLC, and Amneal Pharmaceutical Pvt. Ltd. (collectively,

"Defendants" or "Amneal") in the above-referenced matter.  As such, I have personal

knowledge of the facts set forth herein and if called, I could and would testify

competently as set forth below.

2.      I submit this Declaration in support of Defendants' Motion for Leave to

File a Motion for Summary Judgment of Non-Infringement.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from

the transcript of the parties' conference with the Court on June 9, 2021, highlighted

by counsel for Amneal.

4.      Attached hereto as **Exhibit 2a** is a true and correct copy of the cover

letter that accompanied Amneal's November 1, 2021 response to the FDA's

Complete Response Letter regarding Amneal's ANDA No. 212944 (single dose

vials).  With the exception of the highlighting applied by counsel for Amneal to

pages 35 and 38, the highlighting set forth in this Exhibit was present in the original

document.

5.      Attached hereto as **Exhibit 2b** is a true and correct copy of the

specification included in Amneal's November 1, 2021 response to the FDA's

2

Complete Response Letter regarding Amneal's ANDA No. 212944 (single dose vials), highlighted by counsel for Amneal.

6.      Attached hereto as **Exhibit 3a** is a true and correct copy of the cover letter that accompanied Amneal's November 1, 2021 response to the FDA's Complete Response Letter regarding Amneal's ANDA No. 212945 (multiple dose vials).  With the exception of the highlighting applied by counsel for Amneal to pages 35 and 38, the highlighting set forth in this Exhibit was present in the original document.  Additionally, counsel for Amneal has added pagination where pagination was not present in the original document.

7.      Attached hereto as **Exhibit 3b** is a true and correct copy of the specification included in Amneal's November 1, 2021 response to the FDA's Complete Response Letter regarding Amneal's ANDA No. 212945 (multiple dose vials), highlighted by counsel for Amneal.

8.      Attached hereto as **Exhibit 4** is a true and correct copy of a Business Wire article published on June 24, 2021, and available at https://www.businesswire.com/news/home/20210624005316/en/Eagle-Pharmaceuticals-Announces-FDA-Maintains-Prioritization-of-ANDA-for-Vasopressin*.,* highlighted by counsel for Amneal.  Additionally, counsel for Amneal has added pagination where pagination was not present in the original document.

9.      Attached hereto as **Exhibit 5** is a true and correct copy of Amneal's Stipulated and [Proposed] Order Regarding Infringement in the event of a change to its pH specifications to meet or exceed 3.65.

10.     Attached hereto as **Exhibit 6** is a true and correct copy of United States Magistrate Judge Christopher J. Burke's June 11, 2021 Memorandum Order, D.I. 391, in *BioDelivery Sciences International, Inc. et al. v. Chemo Research, S.L. et al.*, C.A. No. 19-444-CFC-CJB (D. Del.), highlighted by counsel for Amneal.

11.     Attached hereto as **Exhibit 7** is a true and correct copy of the Court's Oral Order, dated October 4, 2021, in *BioDelivery Sciences International, Inc. et al. v. Chemo Research, S.L. et al.*, C.A. No. 19-444-CFC-CJB (D. Del.), denying objections to the Memorandum Order of Exhibit 6.

12.     Attached hereto as **Exhibit 8** is a true and correct copy of Amneal's proposed opening brief in support of its motion for summary judgment of non-infringement.

13.     Attached hereto as **Exhibit 9** is a true and correct copy of the text of Par's expert Dr. Kirsch's Supplemental Report on Infringement, without appendices or Exhibits, highlighted by counsel for Amneal.

14.     Attached hereto as **Exhibit 10** is a true and correct copy of an article published on Kaiser Health News, on April 15, 2021, entitled "FDA Seeks a New Way to Review Old Drugs Without Causing Prices to Soar," available at

https://khn.org/news/article/the-fda-seeks-a-new-way-to-review-old-drugs-without-causing-prices-to-soar/), highlighted by counsel for Amneal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: November 4, 2021

_____

Kaveh V. Saba

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, Esquire, hereby certify that on November 12, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on November 12, 2021, I caused the foregoing document to be served by e-mail on the following counsel of record:

> Brian E. Farnan
> Michael J. Farnan
> FARNAN LLP
> 919 North Market Street, 12th Floor
> Wilmington, DE 19801
> bfarnan@farnanlaw.com
> mfarnan@farnanlaw.com
>
> Martin J. Black
> Brian M. Goldberg
> Sharon K. Gagliardi
> Daniel Roberts
> DECHERT LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA 19104
> martin.black@dechert.com
> brian.goldberg@dechert.com
> sharon.gagliardi@dechert.com
> daniel.roberts@dechert.com
>
> Robert D. Rhoad
> DECHERT LLP
> 100 Overlook Center, 2nd Floor
> Princeton, NJ 08540-7814
> robert.rhoad@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: November 12, 2021          YOUNG CONAWAY STARGATT
                                    & TAYLOR, LLP

                                  */s/ Anne Shea Gaza*
                                  Anne Shea Gaza (No. 4093)
                                  Robert M. Vrana (No. 5666)
                                  Samantha G. Wilson (No. 5816)
                                  Rodney Square
                                  1000 North King Street
                                  Wilmington, DE 19801
                                  (302) 571-6600
                                  agaza@ycst.com
                                  rvrana@ycst.com
                                  swilson@ycst.com

                                  *Attorneys for Defendants*