# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, *et al.*, <br><br> *Defendants*. | C.A. No. 18-2032-CFC-CJB <br> (consolidated) |

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, the Amneal defendants (collectively, "Amneal") request oral argument on Defendants' Motion for Leave to File a Motion for Summary Judgment of Non-Infringement (the "Motion"). The Motion was filed on November 4, 2021 (D.I. 309), five months after Amneal's non-infringement defense was severed from the July 2021 trial in this action. Briefing is now complete on the Motion (D.I. 310, 314, and 316.) Counsel for Amneal are available at the Court's convenience for a hearing on the Motion.

<table>
<tr><td>

Dated:  December 6, 2021

*Of Counsel*:

MADDOX EDWARDS, PLLC
Steven A. Maddox
Jeremy J. Edwards
Kaveh V. Saba
1900 K Street NW, Suite 725
Washington, D.C. 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
ksaba@meiplaw.com

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited*

</td></tr>
</table>

# **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, Esquire, hereby certify that on December 6, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on December 6, 2021, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Brian E. Farnan
>Michael J. Farnan
>FARNAN LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>bfarnan@farnanlaw.com
>mfarnan@farnanlaw.com
>
>Martin J. Black
>Brian M. Goldberg
>Sharon K. Gagliardi
>Daniel Roberts
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>martin.black@dechert.com
>brian.goldberg@dechert.com
>sharon.gagliardi@dechert.com
>daniel.roberts@dechert.com
>
>Robert D. Rhoad
>DECHERT LLP
>100 Overlook Center, 2nd Floor
>Princeton, NJ 08540-7814
>robert.rhoad@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: December 6, 2021      YOUNG CONAWAY STARGATT
     & TAYLOR, LLP

     */s/ Samantha G. Wilson*
     Anne Shea Gaza (No. 4093)
     Robert M. Vrana (No. 5666)
     Samantha G. Wilson (No. 5816)
     Rodney Square
     1000 North King Street
     Wilmington, DE 19801
     (302) 571-6600
     agaza@ycst.com
     rvrana@ycst.com
     swilson@ycst.com

     *Attorneys for Defendants*