**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PAR PHARMACEUTICAL, INC., *et al.*,

*Plaintiffs*,

v.

AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, *et al.*,

*Defendants*.

C.A. No. 18-2032-CFC-CJB (consolidated)

**NOTICE OF RELATED PROCEEDING**
**AND SUBSEQUENT DEVELOPMENTS**

Pursuant to D. Del. LR 7.1.2(b), the Amneal defendants (collectively, "Amneal"), by and through their undersigned attorneys, hereby file this Notice to advise the Court of recent developments in the related *Eagle* case[1]. These developments bear directly on the merits of Amneal's pending Motion for Leave to File a Motion for Summary Judgment of Non-Infringement ("Motion"). D.I. 309. The developments also underscore the need for prompt adjudication of Amneal's Motion and Amneal's non-infringement defense.

As explained in Amneal's Motion papers, the dispositive issue on

[1] *Par Pharmaceutical, Inc., et al. v. Eagle Pharmaceuticals*, C.A. No. 18-823-CFC-JLH ("*Eagle* Action").

infringement in this action is the same as already decided in the *Eagle* case. *See, e.g.*, D.I. 310 at 1. Eagle recently advised the Court that (i) Eagle intends to launch reasonably soon after it receives FDA approval, and that (ii) Plaintiffs may initiate injunctive proceedings to prevent Eagle's launch. *Eagle* Action, D.I. 311 & 312.

Yesterday afternoon, Eagle announced that the FDA has approved Eagle's vasopressin ANDA, and its President and CEO stated that Eagle is "implementing our launch plans to bring vasopressin to market." The press release containing this announcement and statement is attached hereto as Exhibit A.

Also yesterday, the FDA denied Par's citizen petition directed to vasopressin ANDAs. The FDA denial letter is attached hereto as Exhibit B. In its citizen petition, Par had asked the FDA to refuse to approve any vasopressin ANDA based on the same pH "drift" arguments rejected by this Court in the *Eagle* Action. (Ex. B at 1, 4.) The FDA denied Par's petition, stating:

> [Par's petition] appears to have been submitted with the **primary purpose of delaying approval of Eagle's ANDA** and **fails to raise valid scientific or regulatory issues**. The Agency intends to refer this matter to the Federal Trade Commission (FTC), which has the administrative tools and the expertise to investigate and address **anticompetitive business practices**.

(*Id*. at 3 (emphases added).)

The FDA also admonished Par for failing to provide with its petition a copy of this Court's *Eagle* Opinion and for failing to acknowledge the contents of that Opinion in its petition. The FDA stated that this was "**not consistent with the**

**candor and transparency expected of petitioners**..." (*Id*. at 7 (emphasis added).)

In light of these developments, launch of Eagle's generic vasopressin product now appears even more imminent than it was at the time Amneal briefed its Motion. This potential imminent launch—and the FDA's comments regarding Par's attempts to delay generic competition—underscore the need for promptly adjudicating Amneal's Motion and its non-infringement defense. D.I. 309; *see* D.I. 310 at 12-13. Prompt adjudication of this action will serve the public interest. D.I. 316 at 7-8.

Finally, earlier today, Par moved for injunctive relief in the Eagle Action. (D.I. 313 in the *Eagle* Action.) Briefing and/or argument in connection with that motion may bear on Amneal's interests, as set forth in Amneal's Motion papers. Par's opening briefing papers were filed under seal, so Amneal and its counsel are not yet able to review them. (*See* D.I. 314-317 in *Eagle* Action.)

Dated: December 16, 2021

*Of Counsel*:

MADDOX EDWARDS, PLLC
Steven A. Maddox
Jeremy J. Edwards
Kaveh V. Saba
1900 K Street NW, Suite 725
Washington, D.C. 20006
(202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com
ksaba@meiplaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited*

**CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, Esquire, hereby certify that on December 16, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants.

I further certify that on December 16, 2021**,** I caused the foregoing document to be served by e-mail on the following counsel of record:

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black
Brian M. Goldberg
Sharon K. Gagliardi
Daniel Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
martin.black@dechert.com
brian.goldberg@dechert.com
sharon.gagliardi@dechert.com
daniel.roberts@dechert.com

Robert D. Rhoad
DECHERT LLP
100 Overlook Center, 2nd Floor
Princeton, NJ 08540-7814
robert.rhoad@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
blake.greene@dechert.com

*Attorneys for Plaintiffs*

Dated: December 16, 2021

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendants*