# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC and ENDO PAR INNOVATION COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, *et al.*<br><br>*Defendants*. | C.A. No. 18-2032-CFC- CJB<br><br>(Consolidated)<br><br>(Underlying Action: C.A. No. 19-712-CFC) |

## **STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Par") and Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited (collectively, "Amneal") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted between Par and Amneal in this action and Civil Action No. 19-712-CFC (which was consolidated through trial into this action), are dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party, and judgment is hereby is entered to that effect.

Dated: February 8, 2022

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Michael J. Farnan | /s/ Anne Shea Gaza |
| Brian E. Farnan (Bar No. 4089) | Anne Shea Gaza (Bar No. 4093) |
| Michael J. Farnan (Bar No. 5165) | Robert M. Vrana (Bar No. 5666) |
| 919 N. Market St., 12th Floor | Samantha G. Wilson (Bar No. 5816) |
| Wilmington, DE 19801 | Rodney Square |
| (302) 777-0300 | 1000 North King Street |
| (302) 777-0301 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 571-6600 |
| mfarnan@farnanlaw.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Amneal Pharmaceuticals of New York, LLC, Amneal Biosciences LLC, Amneal Pharmaceuticals Pvt. Ltd., and Amneal EU, Limited* |

SO ORDERED, this ____ day of _____, 2022.

_____
Hon. Colm F. Connolly
Chief, United States District Judge