

February 3, 2022

**VIA E-FILE**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124; Unit 31
Wilmington, DE 19801-3555

**FILED UNDER SEAL**

RE:   *Par Pharmaceutical Inc., et al. v. Amneal Pharmaceuticals of New York LLC, et al.* **C.A. No. 18-cv-2032-CFC-CJB (Consolidated)**

Dear Chief Judge Connolly:

The Court has set a hearing for tomorrow (February 4) at 1 pm to consider Amneal's request for leave to file a motion for summary judgment. *See* Jan. 18, 2022 Oral Order.

The parties are close to a resolution of their disputes and expect to be submitting dismissal papers within the next week. In the event that that does not happen for some reason, Par has no objection to Amneal filing the requested summary judgment motion at the end of next week. The parties believe that this resolves all matters on the calendar for tomorrow's hearing and request that the Court adjourn the hearing date so that the parties can concentrate on finalizing an agreement.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Mail)